UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

UNITED STATES OF AMERICA

V.                                    CASE NO. 8:24-CR-474-WFJ-SPF

FRANCISCO BALON DELPEZO

_____/

UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE

Comes now defendant Francisco Javier Balon Del Pezo (Balon) and requests the briefing schedule be extended for at least thirty-two (32) days to permit the defendant to undergo Dr. Mark Rubino's, Neurologist, medically recommended "MRI Brain with DTI and FDG CT PET" scans and subsequently for Dr. Rubino to review the scans and prepare a report of the medical findings as to traumatic brain injury (TBI) and brain functioning.  Dr. Rubino medically evaluated Balon at the Hernando County Jail on April 8, 2026, to determine TBI and brain functioning.  In Dr. Rubino's evaluation report dated April 15, 2026, he recommended that "MRI Brain with DTI and FDG CT PET to better evaluate his brain."

1

1. Dr. Rubino has recommended that Balon needs to undergo brain imaging to determine brain injury and brain functioning.  An imaging center needs to be located that has already registered for evoucher or will agree to register for evoucher and that will actually register for evoucher.  Finding an imaging center that has registered for evoucher or that agrees to register for evoucher and that will actually register for evoucher has been a difficult task.  Previously undersigned counsel has made several efforts to locate an imaging center that has already registered for evoucher or would agree to register for evoucher.  Undersigned counsel could not locate an imaging center that already was registered for evoucher.  Undersigned counsel did locate an imaging center that agreed to register for evoucher.  However, the imaging center failed to register for evoucher.  Previously, undersigned counsel asked the Federal Public Defender's Office (FPD) for assistance in locating an imaging center and to reach out to the entire CJA panel in the Middle District of Florida to locate an imaging center that had already registered for evoucher or that would agree to register for evoucher.  Neither the FPD nor the CJA panel provided the name of an imaging center that had previously

registered for evoucher or that would agree to register for evoucher. The government will not agree to pay for testing at an imaging center. Undersigned counsel will again contact other imaging centers to try and convince them to register for evoucher. The search for an imaging center will consume considerable time on the part of undersigned counsel.

2.     The briefs by both the government and the defendant are presently scheduled to be filed no later than May 6, 2026. The issue to be argued in the briefs is whether Balon is competent to proceed in the above captioned case. A thirty-two-day extension of time to file the briefs will be for briefs to be filed by Monday, June 8, 2026.

3.     Undersigned counsel has provided Dr. Rubino's April 15, 2026, Neurological Examination Report to AUSA Adam McCall. AUSA McCall has expressed that he does not oppose an extension of time to file briefs until June 8, 2026.

4.     This case is set on the Court's July 2026 trial calendar.

Wherefore Defendant Francisco Javier Balon Del Pezo respectfully requests that the briefing schedule be extended to file briefs by June 8, 2026.

Respectfully submitted,

3

s/Ronald Marzullo

Ronald Marzullo

P.O. Box 1205
Valrico, FL. 33595
Tel: 813 662 3080
Email: marzullorj2@hotmail.com
FBN: 613177

CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2026, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system which will

automatically send a notice of electronically filing to all counsel of record.

s/ Ronald Marzullo

Ronald Marzullo

4