IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

                                         CASE NO.: 8:24-CR-474-WFJ-SPF

v.

FRANCISCO JAVIER BALON DEL PEZO

        Defendant.

_____/

## DEFENDANT FRANCISCO BALON DEL PEZO'S MOTION TO REOPEN THE COMPETENCY HEARING AND REQUEST FOR HEARING

Comes now Ronald Marzullo, counsel for Francisco Javier Balon Del Pezo (Balon) and moves this Court to reopen the competency hearing based upon new medical evidence and requests for a hearing be scheduled.

1. Balon underwent a neurological evaluation conducted by Dr. Mark Rubino. The date of the neurological evaluation was April 8, 2026.

2. Undersigned counsel has provided the government with a copy of Dr. Rubino's April 15, 2026, neurological evaluation report.

3. In Dr. Rubino's April 15, 2026, neurological evaluation report Dr. Rubino stated that he is "…recommending MRI Brain with DTI and FDG CT PET to better evaluate his brain.".

4. Undersigned counsel has attempted to locate an imaging center to conduct the "MRI Brain with DTI and FDG CT PET" as recommended by Dr. Rubino.

5. Undersigned counsel has through the Federal Public Defender's Office for the Middle District of Florida sent a message to the entire Criminal Justice Act (CJA) panel requesting any information as to an imaging center that either had registered for evoucher and Login.gov or would be willing to register for evoucher and Login.gov. No reply from the CJA panel members was received.

6. Undersigned counsel asked Dr. Rubino for assistance in locating an imaging center that would agree to register for evoucher and Login.gov. No results were received by undersigned counsel.

7. Undersigned counsel personally contacted numerous imaging centers in the Florida counties of Citrus, Hernando, Pasco, Hillsborough, Pinellas, Sumpter, Lake, and Polk to try and locate an imaging center that could do the tests recommended by Dr. Rubino. And that would agree to register for evoucher and Login.gov. Undersigned counsel left several detailed voice mail messages with several of the imaging centers. However, only a couple of imaging centers returned calls to undersigned counsel. Undersigned counsel spoke with numerous imaging centers as to the tests recommended

by Dr. Rubino.  Several imaging centers stated that they do not perform all the types of tests recommended by Dr. Rubino.  Other imaging centers either did not want to register for evoucher or failed to register for evoucher after agreeing to do so.  Thus, undersigned counsel has not located an imaging center that has registered for evoucher and Logim.gov.

8. Undersigned counsel requests the Honorable Court schedule a hearing to receive the testimony of Dr. Rubino as to his evaluation of Balon and to receive into evidence Dr. Rubino's April 15, 2026, written report of his neurological evaluation of Balon.

9. Dr. Rubino informs that he is not available to participate in a hearing from July 3, 2026, through July 9, 2026.

WHEREFORE, undersigned counsel respectfully requests the Court reopen the competency hearing to receive new medical evidence, specifically the April 15, 2026, neurological evaluation report, and for Dr. Rubino to testify as to his neurological evaluation of Balon.

/s/ Ronald Marzullo
Ronald Marzullo, Esquire
Florida Bar No. 613177
P. O. Box 1205

3

Valrico, FL. 33595
Telephone: (813) 662 3080
Email: marzullorj2@hotmail.com
Attorney for Francisco Balon Del Pezo

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2026, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system.

s/Ronald Marzullo

4