UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION


UNITED STATES OF AMERICA

V.                                         CASE NO. 8:24-CR-474-WFJ-SPF

FRANCISCO BALON DELPEZO

_____/

DEFENDANT'S WITNESS LIST

The Defendant, Francisco Balon Delpezp, respectfully submits the following list of witnesses to be called at the competency hearing by the defendant.

1. Mark Rubino

The Defendant reserves the right to call additional witnesses during the competency hearing in this case, if appropriate.

Respectfully submitted,

s/Ronald Marzullo

Ronald Marzullo

1

P.O. Box 1205

Valrico, FL. 33595

Tel: 813 662 3080

Email: marzullorj2@hotmail.com

FBN: 613177

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 16, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will automatically send a notice of electronically filing to all counsel of record.

<u>s/ Ronald Marzullo</u>

Ronald Marzullo

2