UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
**CLERK'S MINUTES - CRIMINAL**

| CASE NO. | 8:24-cr-474-WFJ-SPF | | DATE: | July 17, 2026 |
|---|---|---|---|---|
| **HONORABLE SEAN P. FLYNN** | | | **INTERPRETER:** | Jesse Leonor/Sandra Lastres |
| UNITED STATES OF AMERICA<br><br>v.<br><br>FRANCISCO JAVIER BALON DELPEZO | | | **LANGUAGE:** | Spanish |
| | | | **GOVERNMENT COUNSEL**<br>Lauren Stoia, AUSA | |
| | | | **DEFENSE COUNSEL**<br>Ronald Marzullo, CJA | |
| **COURT REPORTER:** Tracey Aurelio | | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** | 10:17 AM – 11:01 AM | **TOTAL:** 44 mins | **COURTROOM:** | 11B |

**PROCEEDING**: Evidentiary Hearing regarding Competency

Court calls the case and counsel make appearances.

Interpreters sworn.

The Court advises the parties of the purpose of the hearing.

Defense calls Dr. Mark Rubino. Dr. Rubino sworn and testified at 10:18 AM.

Cross examination by the Government at 10:42 AM. No redirect by Defense.

The Court conducts inquiry on Dr. Rubino.

No further witnesses or evidence presented by Defense and Government.

The Court advises parties that they have 14 days to provide the Court with a briefing regarding the issue of competency.

Defense requests 40 days as he needs to request the transcript.

The Court advises Defense to file a motion to continue trial by Wednesday. Should Judge Jung grant the motion to continue trial, the briefs will be due by Monday, August 31, 2026, if not they will be due in 14 days as of today's date.

Court adjourned.