**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

        **Plaintiff(s),**
        **Government**     _____

v.

FRANCISCO JAVIER BALON DELPEZO    ✓  **Evidentiary**
                                   _____  **Trial**
        **Defendant(s),**  ✓  _____  **Other**

| EXHIBIT LIST | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Date Identified** | **Date Admitted** | **Witness** | **Description** |
| A | 7/17/26 | 7/17/26 | Dr. Marc Rubino | Report by Dr. Mark Rubino |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |