U.S. District Court
Middle District of Florida

DEFENDANT'S EXHIBIT

Exhibit Number: A
8:24-cr-475-WFJ-SF

Case Number:
USA

v.
Francisco Balon Del Pezo

Date Identified:
7/17/26

Date Admitted:

# MPR
MARK P RUBINO MD LLC

Date: April 15, 2026
Re. Francisco Balon Del Pezo
Date of Birth: December 3, 1975
Date of Evaluation: April 8, 2026
Interpreter: Dr. Xavier F. Keogh

I was asked to evaluate Mr. Balon Del Pezo by his defense attorney, Ronald Marzullo Esq.

I asked him about his head injuries. He said that he fell off a roof and landed on the feet of the ladder. He fell through the ladder and hit his head on a sharp edge of a pillar, lacerating his scalp. He injured his back as well which is the reason he stayed in the hospital. Back pain was the largest issue arising out of this injury.

He then told me about a time when he was young. He was climbing a papaya tree when a branch snapped and he fell to the ground. He was told that he was out for some time and people through water on his face to try to revive him. He regained consciousness but he was afraid to tell his mother. He says that he was 14 or 15.

He then told me that he was stabbed in his left deltoid which resulted in nerve pain into his left chest and limited ability to use his left arm. He also has difficulty walking and appears to have lumbar spinal stenosis. Pain appears to consume his thoughts. He is on Phenytoin and Tylenol. Pain limited his ability to be a bricklayer.

Past Medical History:

1. Chronic low back pain, left shoulder pain with lumbar spinal stenosis.
2. Recurrent Chest pain, likely neuropathic.

Medications: He only recalls phenytoin and Tylenol.

1441 Ridge St.                     Naples, FL 34103          Telephone 239-261-6876

Past Surgery:
Denies.

Family Medical History:
Unknown, family never said anything.

Social History:
Francisco is from the coastal regions of Ecuador. He met his wife while she was already pregnant by another. He had 4 more children with her. Her first pregnancy was given away. His wife is still in Ecuador.

Drugs/Alcohol:
He admits to drinking significant quantities of alcohol and smoking cigarettes but denies all other drugs.

Review of Systems, limited.
He says that he cannot recall what he just read. He has had short term memory loss for a very long time. He made it to the 6th grade but could not continue as he could not remember or read homework. He says that he is also someone who can not express himself well. He could not respond to a lesson and was out of school by age 11. He was also bullied. He was afraid to use the restroom, afraid that other boys would hit him. His left eye amblyopia drew him much ridicule.

Exam:

Blood pressure not obtained.

Heart is regular rate and rhythm and as no murmur. Carotids and no murmur.

Neurological Exam:

Mental status: Montreal Cognitive Assessment (MOCA) was administered in Spanish and his score was 15/30 which is significantly impaired.

Cranial Nerves: II-XII are intact except for III, IV and VI. These are eye movements. His left eye has amblyopia (lazy eye, tends to sit laterally) but his right eye could not cross midline when testing both with lateral nystagmus.

1441 Ridge St.                    Naples, FL 34103            Telephone 239-261-6876

Motor exam:  Right upper extremity is 5/5/ all groups whereas the left had 4+/5 all groups, possibly from disuse.  Lower extremities revealed a mild right foot drop with the remainder of both lower extremities being normal. Tone was increased bilaterally upper extremities.

Deep Tendon Reflexes: 2/5 bilateral biceps, brachioradialis and ankle jerks, as well as right triceps and right patella.  The left triceps and left patella was more brisk at 3/5.

Sensory exam:  Stocking distribution loss of temperature and vibration. Romberg was positive. ( This is sensory loss in his lower legs, typically from polyneuropathy, possibly from phenytoin)

Gait is somewhat antalgic(pain limited).  Tandem Gail reveals truncal ataxia.

Impression:

Mr. Balon Del Pezo is cognitively impaired.  His eye abnormalities suggest a congenital etiology with a head injury likely aggravating it. His exam is complicated by physical injury.  I am recommending MRI Brain with DTI and FDG CT PET to better evaluate his brain. Abnormal eye movements arise around of the mid brain.  He also has increased tone suggesting damage to descending white matter tracts which could be anywhere in the brain.  MRI Brain looks at the structure of the brain with DTI breaking individual fiber bundles that get damaged in brain injury.  CT-PET looks at metabolism of the cortex giving indication at the brain's functioning.

Mark P Rubino MD
Diplomate of the America Board of Psychiatry and Neurology, In Neurology.

1441 Ridge St.      Naples, FL 34103      Telephone 239-261-6876