UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION


UNITED STATES OF AMERICA

v.                                                                    CASE NO. 8:24-CR-474-WFJ-SPF

FRANCISCO JAVIER BALON DEL PEZO

_____/


UNOPPOSED MOTION TO SET TRIAL TO THE OCTOBER 2026 TRIAL
CALENDAR AND TO EXTEND PRETRIAL MOTIONS DEADLINE


   Comes now, Defendant, Francisco Javier Balon Del Pezo (Balon), by and through

undersigned counsel and pursuant to Title 18 U.S.C. section 3161(h)(7)(A) and

(7)(B)(i) and (iv) and Rule 3.08(a) of the Local Rules of the United States District

Court for the Middle District of Florida and hereby moves this Honorable Court to

set the trial in this matter for the October 2026 trial term.

   1.   The Defendant has been charged along with two codefendants

        pursuant to a two-count indictment.  Count One charges a conspiracy to

        possess with intent to distribute five (5) or more kilograms of cocaine

        while aboard a vessel subject to the jurisdiction of the United States in

        violation of Title 46 U.S.C. sections 70503(a), 70506(a) and (b), and

1

punishable under Title 21 U.S.C. section 960(b)(1)(B)(ii).  Count Two charges possession with intent to distribute five (5) kilograms or more of cocaine in violation of Title 46 U.S.C. sections 70503(a) and 70506(a), Title 18 U.S.C. section 2, and punishable under Title 21 U.S.C. section 960(b)(1)(B)(ii). Dkt. 1.

2.   Mr. Balon made his initial appearance and was arraigned in the Middle District of Florida on January 7, 2025.

3.   A trial date has not yet been set.

4.   Both codefendants have already been sentenced.

5.   Initial discovery was received from the Government.

6.   The issue of Balon's competency to proceed in this case remains to be determined by the Court.  Due to the outstanding issue of competency, undersigned counsel has not yet reviewed the government's discovery evidence with Balon.  Due to the outstanding issue of Balon's competency, undersigned counsel has not yet discussed with Balon his options in his case.

7.   Assuming that the Court finds that Balon is competent to proceed in his case, undersigned counsel anticipates that it will take some time for

2

counsel to review the initial discovery materials with Balon and to discuss with Balon all aspects of his case.

8.  On July 17, 2026, another competency hearing was conducted.  A neurologist expert testified as to his testing and evaluation of Balon.  The expert neurologist's testimony, in substantial part, dealt with Balon's brain damage.

9.  On January 6, 2026, two psychologists testified as to whether Balon is competent to proceed in the instant case.

10.  At the competency hearing on July 17, 2026, the Court advised the parties that they have "14 days to provide the Court with briefing regarding the issue of competency."

11.  At hearing on July 17, 2026, undersigned counsel requested the Court extend the briefing schedule to 40 days to obtain a transcript of the July 17, 2026, competency hearing.  The Court advised the Defense to file a motion to continue trial by July 22, 2026. The Court stated that if Judge Jung grants the motion to continue trial then the briefs will be due by Monday, August 31, 2026, if not they will be due in 14 days as of today's date, July 17, 2026.

12. For the above reasons and pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), Mr. Balon respectfully requests the trial term to be set for the October 2026 trial term.

13. Additionally, Mr. Balon respectfully requests an extension of the filing deadline for pretrial motions to thirty (30) days prior to the start of the requested October 2026 trial term.

14. On July 17, 2026, AUSA Lauren Stoia informed undersigned counsel that the government does not oppose setting the instant case for trial in October 2026.

<u>CERTIFICATION OF CLIENT CONSENT</u>

Pursuant to Local Rule 3.08(b) undersigned counsel has discussed the above requested October 2026 trial term with Mr. Balon and has specifically advised Mr. Balon that by requesting a trial term in October 2026 and consenting thereto, that Mr. Balon has waived his speedy trial right until October 31, 2026.

Wherefore, the Defendant, Francisco Javier Balon Del Pezo, respectfully moves this Honorable Court to enter an Order setting the trial in this matter for the October 2026 trial term.

Respectfully submitted,

4

s/Ronald Marzullo
Ronald Marzullo, Esq.
P. O. Box 1205
Valrico, FL. 33595
Tel: 813 662 3080
FBN: 613177
Email: marzullorj2@hotmail.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 20, 2026, a true and correct copy of the

foregoing was furnished by the CM/ECF system with the Clerk of Court,

which will send a notice of electronic filing to all counsel of record.

<u>s/Ronald Marzullo</u>

Ronald Marzullo, Esq.